## J. G. BELL v. P. WALNITZIK.

No appeal to the Supreme Court lies from judgments of the district courts in cases appealed from justices of the peace.

APPEAL from Austin. Tried below before the Hon. L. Lindsay.

There is no occasion to state the facts.

*A. Chesley*, for the appellant, insisted that section twelve, of the act of August 13, 1870, "to organize the courts of justices of the peace," etc., is unconstitutional, in so far as it denies the right of appeal to the Supreme Court. Referring to the Constitution of 1845, Article 4, Section 3, and to the Constitution of 1869, Article 5, Section 3, to show that their guarantees of the right of appeal in civil cases are identical, the counsel cited Laturner v. The State, 9 Texas, 451, as sustaining his position.

No brief for the appellee.

WALKER, J.—The appeal in this case must be dismissed. No appeal is allowed to the Supreme Court in cases which have been appealed from justices of the peace to the district courts (See General Laws of Twelfth Legislature, p. 98, § 12, approved August 13, 1870.)

DISMISSED.